UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

LYNN MICHAEL LAVICTOR,

    Plaintiff,

v.

JEFF J. DAVIS et al.,

    Defendants.

_____/

Case No. 2:19-cv-148

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Dated: October 8, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge